NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE L. SERRANO RAMOS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7169

---

Petition for review of the United States Court of Appeals for Veterans Claims in case no. 10-0367, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

The court construes Jose L. Serrano Ramos's submission of his informal brief as a motion to reinstate his appeal.

On October 28, 2011, this appeal was dismissed for failure to file a brief. Ramos has now submitted his informal brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the court's dismissal order is vacated, and the appeal is reinstated.

(2) The Secretary's brief is due within 40 days from the date of filing of this order.

FOR THE COURT

**MAY 22 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jose L. Serrano Ramos
    Kent C. Kiffner, Esq. (Informal Brief Enclosed)

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2012

JAN HORBALY
CLERK